IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA M. BROWN, | : |
| Plaintiff, | |
| | : |
| vs. | CIVIL ACTION NO. 10-0629-CG-N |
| | : |
| POSTMASTER-GENERAL PATRICK R. DONAHOE, | |
| | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 29, 2011 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 14th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE