IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA M. BROWN, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 10-0629-CG-N |
| POSTMASTER-GENERAL PATRICK R. DONAHOE, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that defendant's Motion to Dismiss or for Summary Judgment for Lack of Subject Matter Jurisdiction (Doc. 9) is **DENIED as moot,** and the defendant's Motion to Dismiss or to Strike Amended Complaint (Doc. 17) is **GRANTED**.

**JUDGMENT** is hereby entered in favor of defendant Postmaster-General Patrick R. Donahoe against plaintiff Angela M. Brown. Therefore, the plaintiff's claims against the defendant are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 14th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE